

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MCCABE, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>JIM GIBBONS, et al., )<br>)<br>      Defendants. )<br>_____) | 3:09-CV-0244-LRH (RAM)<br><br>**MINUTES OF THE COURT**<br><br>August 25, 2010 |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u> JENNIFER COTTER </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                  </u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #18). Defendants have responded with a Notice of Non-Opposition (Doc. #20). Also before the court is Defendants' Motion for Screening of Amended Complaint (Doc. #21).

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #18) is **GRANTED**. The Clerk shall detach Plaintiff's Amended Complaint from Plaintiff's Motion and file the same next in order.

      **IT IS FURTHER ORDERED** that Defendants' Motion for Screening of Amended Complaint (Doc. #21) is **GRANTED**. No answer or other response shall be due from Defendants until such time as the court has screened the Amended Complaint.

                                              LANCE S. WILSON, CLERK

                                      By:     /s/
                                                      Deputy Clerk