## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS McCABE, ) | 3:09-CV-0244-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | October 25, 2010 |
| JIM GIBBONS, et al., ) | |
| Defendants. ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Defendants have filed a Motion to Extend Discovery Deadline (Doc. #33).  Good cause appearing,

      Defendants' Motion to Extend Discovery Deadline (Doc. #33) is **GRANTED**. The last day to complete discovery is extended sixty (60) days from the date the new Screening Order is entered by the court.

      **IT IS SO ORDERED.**

                                                     LANCE S. WILSON, CLERK

                                                     By:   <u>   /s/                              </u>
                                                              Deputy Clerk