## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS McCABE, | ) | 3:09-CV-0244-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 27, 2010 |
| | ) | |
| JIM GIBBONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Plaintiff has filed a Motion to Compel Production of Documents (Doc. #32) and Defendants have filed an Opposition (Doc. #35).

      In the Opposition Defendants represent that in a telephone conference on October 26, 2010, Plaintiff agreed to extend the deadline for Defendants to respond to the Request for Production of Documents to November 28, 2010.

      In view of this agreement, Plaintiff's Motion to Compel Production of Documents (Doc. #32) is **DENIED** as moot without prejudice to Plaintiff filing an additional Motion to Compel, if necessary, after receipt of the Defendants' responses.

      **IT IS SO ORDERED.**

      LANCE S. WILSON, CLERK

By: <u>     /s/                    </u>
      Deputy Clerk