UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MCCABE, | ) | 3:09-CV-00244-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 16, 2011 |
| JIM GIBBONS, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion to compel responses to interrogatories and request for production of documents. (Doc. # 53.) Defendants have opposed. (Doc. # 57.)

Plaintiff's motion is premature because the court entered a scheduling order on August 2, 2011. (Doc. # 56.) Plaintiff's motion to compel (Doc. # 53) is **DENIED**. Defendants shall have **thirty-three (33) days** from the date of the scheduling order (Doc. # 56) in which to serve their responses to Plaintiff's discovery requests that are the subject of Plaintiff's motion to compel.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk