UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

DENNIS MCCABE,                                    )
                                                  )
       Plaintiff,                                 )    3:09-cv-00244-LRH-WGC
                                                  )
v.                                                )
                                                  )    O R D E R
JIM GIBBONS, *et al.*,                            )
                                                  )
       Defendants.                                )
_____)

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#97[1]) entered on March 15, 2012, recommending denying Plaintiff's Motion for Preliminary Injunction (#75) and Motion for Temporary Restraining Order (#76), both filed on December 23, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#97) entered on March 15, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#97) entered on March 15, 2012, is adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#75) and Motion for Temporary Restraining Order (#76) are **DENIED**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE