# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS McCABE | ) | 3:09-cv-00244-LRH-WGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JIM GIBBONS, *et al.*, | ) | |
| Defendant(s) | ) | |

Before the court is plaintiff's Motion (Doc. # 123) for reconsideration of this court's order of July 2, 2012 (Doc. #121) which granted defendants' motion for enlargement of time to file a dispositive motion and to oppose plaintiff's motion for summary judgment.

The court found good cause to grant defendants' motion because defendants' counsel represented to the court he injured his leg in early June, 2012. The injury, counsel represented, required several days of medical consultations. Counsel subsequently underwent surgery and was out of the office from June 13, 2012, until June 27, 2012 (id. at 2). Thus, the court granted the extension without awaiting plaintiff's response as the deadline for the motion/opposition would otherwise have been due that same day (June 29, 2102).

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Magistrate Judge to Reconsider Magistrate Judge Order (Doc. #123) is **DENIED.**

DATED: July 19, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE