1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                          DISTRICT OF NEVADA
8                                * * * * *
9  DENNIS McCABE,                    )
                                     )
10                Plaintiff,         )    3:09-cv-00244-LRH-WGC
                                     )
11 v.                                )
                                     )    AMENDED O R D E R
12 JIM GIBBONS, *et al.*,            )
                                     )
13                Defendants.        )
                                     )
14 _____     )

15    The Court has considered the Order of United States Magistrate Judge William G. Cobb (#124)
16 entered on July 19, 2012, in which the Magistrate Judge denied Plaintiff's Motion for Reconsideration
17 (#123) of the Magistrate Judge's order (#121) granting Defendants' motion for enlargement of time.
18 Plaintiff filed his "Review and Appeal of the United States Magistrate Judge: 28 U.S.C. §636(b)(1)(A);
19 LR IB 3-1 (a)(b) Objecting to the Ruling of the Magistrate Judge" on August 6, 2012.  The Court has
20 considered the pleadings and memoranda of the parties and other relevant matters of record and has
21 made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and
22 Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of
23 Nevada.

24    It appearing to the Court that the Magistrate's Order is neither erroneous nor contrary to law,
25 and good cause appearing, the Court determines that the Magistrate's Order (#124) entered on
26 July 19, 2012, is ADOPTED and ACCEPTED, and

1  IT IS ORDERED that Plaintiff's Review and Appeal of the United States Magistrate Judge:
2  28 U.S.C. §636(b)(1)(A); LR IB 3-1 (a)(b) Objecting to the Ruling of the Magistrate Judge (#127) is
3  DENIED.

5  DATED this 28th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE