UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS McCABE | ) | 3:09-cv-00244-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 26, 2013 |
| | ) | |
| JIM GIBBONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Substitute the Honorable Robert A. McQuaid, Jr., U.S. Magistrate Judge (Doc. # 160). The motion requests that Magistrate Judge McQuaid not conduct the settlement conference because of plaintiff's "perception" Judge McQuaid might not be impartial because on prior matters in this case certain of Judge McQuaid's decisions may have been overruled by a District Judge. This does not provide a legitimate basis to reassign the mediation of this matter to a different mediator. The court has full confidence that Judge McQuaid can conduct the settlement conference proceedings in an appropriate and unbiased manner.

Plaintiff's motion (Doc. # 160) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk