# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS McCABE, | ) | 3:09–cv-00244-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| JIM GIBBONS, *et al.*, | ) | August 23, 2013 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Defendants' Motion for Enlargement of Time to File Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#167[1]) whereby Defendants request an additional fourteen days to file their opposition.  Good cause appearing,

   Defendants' Motion for Enlargement of Time to File Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#167) is **GRANTED**.  Defendants shall have to and until Monday, September 9, 2013, by which to file and serve their opposition.

   IT IS SO ORDERED.

                            LANCE S. WILSON, CLERK

                            By:        /s/
                                    Deputy Clerk

---

[1] Refers to court's docket number.