UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MCCABE, | ) | CASE NO. 3:09-cv-244-LRH-WGC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JIM GIBBONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case is currently scheduled for Court trial on the stacked calendar of November 4, 2014.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 29th day of January, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE