UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MCCABE, | ) | CASE NO. 3:09-cv-244-LRH-WGC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JIM GIBBONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is currently scheduled for Court trial on the stacked calendar of <u>November 4, 2014.</u>

IT IS ORDERED that this case is referred to The Honorable William G. Cobb  for the purpose of conducting a settlement conference.

DATED this 29th day of January, 2014.

_____

LARRY R. HICKS
U.S. DISTRICT JUDGE